FILED

DEC 05 2022

CAUSE NO. A-210821

JAMIE SMITH, DISTRICT CLERK
Jefferson County, Texas

| | | |
|---|---|---|
| PHYLLIS JUNE BURRIS<br>PLAINTIFF | * * * | IN THE DISTRICT COURT OF |
| v. | * * | JEFFERSON COUNTY, TEXAS |
| FINANCE OF AMERICA REVERSE LLC,<br>WILMINGTON SAVINGS FUND SOCIETY, FSB<br>FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1<br>DEFENDANTS | * * * * * * | 58th JUDICIAL DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION
## AND
## APPLICATION FOR TEMPORARY RESTRAINING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PHYLLIS JUNE BURRIS, Plaintiff and Applicant, who is hereinafter to be denoted as the PLAINTIFF, or the PLAINTIFF BURRIS, and who, by and through her attorney, brings forth this cause of action complaining over and against the DEFENDANTS FINANCE OF AMERICA REVERSE LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB; and AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018- HB1; and the pertinent members of the Law Firm of MACKIE, WOLF, ZIENTZ and MANN, P. C. and in support thereof, would show unto the Court the following:

## I.

## The PLAINTIFF

PHYLLIS JUNE BURRIS, the Plaintiff, resides in Jefferson County, Texas, having a residence and a homestead located therein at 3738 CHANDELLE LANE, in PORT ARTHUR, Texas 77642, and has resided therein at all times pertinent herein.

## II.

## THE DEFENDANTS

FINANCE OF AMERICA REVERSE LLC is a DEFENDANT in the above set forth cause of action and is alleged to be a Mortgage Servicer for Wilmington Savings Fund Society, FSB, and is an entity that has as an operating address at 101 West Louis Henna Blvd., Suite 450, in Austin, Texas 78728, and has as an Agent for Service of Process, xxxx &&&&&, yyyy, Austin, Texas, and service of process may be had upon it there.

WILMINGTON SAVINGS FUND SOCIETY, FSB, is a DEFENDANT, in the above set forth cause of action, and is alleged to a Trustee for Finance of America Structured Securities Acquisition Trust 2018-HB 1, and has an operating address at 3900 Capital City BLVD., Lansing, Michigan 48905, and has as an Agent for Service of Process may be had upon it there.

FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1 is a DEFENDANT in the above set forth cause of action, and has an operating address at 3900 Capital City Blvd., Lansing, Michigan 48906, and has as an Agent for Service

CERTIFICATE OF SERVICE

I am Phyllis June Burris whose address is 3738 Chandelle Lane Port Arthur, Texas 77642. I declare Under penalty of perjury that on December 5, 2022, I filed this Notice of Certificate of Service to the Following by certified mail to :

1. Finance of America Reverse LLC
   101 West Louis Henna Blvd., Ste. 450
   Austin, Texas 78728
2. Mackie, Wolf, Zeintz & Mann, P.C.
   Attorneys at Law
   Parkway Office Center, Ste. 900
   14160 Dallas Parkway
   Dallas, TX 75254
3. AVT Title Services, LLC, Substitute Trustee
   5177 Richmond Ave, Ste 1230
   Houston, TX 77056
4. Finance of America Reverse LLC, Mortgage Servicers
   3900 Capital City Blvd.
   Lansing, MI 48906

Signed this 5th day of Dec., 2022

_Phyllis June Burris_
Phyllis June Burris

SWORN AND SUBSCRIBED TO BEFORE ME, BY PHYLLIS JUNE BURRIS ON THIS 5 DAY OF December, 20 22.

_Chelsea Moore_
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES: 12-05-2024



CHELSEA MOORE
Notary Public, State of Texas
Comm. Expires 12-05-2024
Notary ID 130921797

of Process, xxxx-2 &&&& yyyyy, Austin, Texas , and service of process may be had upon it there.

The exact name of the Attorney representing the other defendants is somewhat illegible to the attorney for the Plaintiff Phyllis June Burris, but is clear that the law firm is denoted as "Mackie, Wolf, Zientz and Mann, P.C." and the attorney's proper name might be Karla Balli, of that firm; nevertheless, service of process may be had upon her firm, at Parkway Office Center, Suite 900, 14160 Dallas, Texas 75254.

There be one last remaining Defendant, but he or she is presently unknown to the Plaintiff, and that person would be the individual who is actually scheduled to perform the auction and the Plaintiff is unaware of his or her identity as of today's date, but that may be remedied on tomorrows date. AVT Title Services LLC, Substitute Trustee 5177 Richmond Ave. 1230 Houston, TX 77056

III.

A.

The PLAINTIFF BURRIS would show that she resides in a home located at 3738 Chandelle Lane, in Port Arthur, Texas. That she has lived there since the estate of O.T. Wallace , Jr. has come into existence. That a series of transactions and events have occurred, that has brought about the need for this proceeding to be filed.

B.

The Plaintiff would show that the property in question, which is the homestead of the Plaintiff, is, by street address, located at 3738 Chandelle Lane, Port Arthur, Texas 77642, and Port Arthur, is located in Jefferson County, Texas. The property in question, which is the homestead of the Plaintiff, is, by legal description, set out in "Exhibit A ," follows these pleadings on the next page, where it is set out therein, as follows:

See: "Exhibit A".

C.

The PLAINTIFF BURRIS would show the Court that the Party seeking to foreclose, whichever or whoever that is, is seeking to foreclose on real estate that has, by reason of actions undertaken by someone who has passed on, but prior to his demise executed documents that transferred the real property to someone else, thereby creating an equitable interest in that individual, which in this case at bar would be the Plaintiff, and that upon his death granted onto her a complete fee interest in the property at dispute, thereby creating a legal interest. That such a transfer is subject to a debt that the true Defendant is entitled to, but that there is a disagreement as to the true debt, the date that the debt is due, to whom the debt is owed, the terms of any financial agreement that will be forthcoming, and whether any and all such details can and will be "fleshed out" at a date soon to be coming, and all matters related to any expenses and costs that are yet to be addressed; and that she has, despite her best efforts, been unable to obtain counsel until Wednesday evening, and even if he has been retained, he cannot achieve any

resolution in less than forty-eight(48) hours, but perhaps in six (6) months or nine (9), but on good faith and belief, nine (9) months should prove sufficient.

## IV.

## CAUSES OF ACTION

### A.

The PLAINTIFF BURRIS is the owner of a parcel of real property and of all the improvements on that property, located in Jefferson County, Texas. This real property is located by street address as being at 3738 Chandelle Lane, Port Arthur, Texas 77642, and is more specifically described, previously in these pleadings and denoted as "Exhibit A" as follows:

See: "Exhibit A"

### 1.

### Slander of Title

IN THE ALTERNATIVE, and without waiving the foregoing, the PLAINTIFF BURRIS would allege and show onto the Court that she was first promised that the property in question before the death of O.T. WALLACE, Jr., and that he attempted to do exactly that through his estate planning. That original promise, which was entered in to by and between the Plaintiff and O.T.WALLACE, JR. coupled with her continued and uninterrupted possession since, is sufficient to place title in the PLAINTIFF alone, in both an equitable and legal sense. The Plaintiff would further show that the efforts by the Defendant has had the result of placing a "Slander on Title" on her homestead that has harmed, and therefore damaged the Plaintiff alone.

2.

## Cloud on Title

IN THE ALTERNATIVE, and without waiving the foregoing, the PLAINTIFF BURRIS would show onto the Court that she was promised that the property would be conveyed to her by an individual named "O.T. WALLACE, JR, and that he has undertaken to do exactly that, and that it was his aim, goal, and desire to do exactly that, and that the "True Defendant," an artificial creature, a corporation, and that the Plaintiff is entitled to at least a chance to undertake and complete any litigation on this matter, before a Texas Court and under the laws of the State of Texas. The PLAINTIFF would further show that in light of all the preceding, the actions of the DEFENDANT, has had the result of placing a "Cloud on Title" of her homestead that has harmed, and therefore damaged the PLAINTIFF at bar.

VI.

## TEMPORARY RESTRAINING ORDER

The PLAINTIFF BURRIS, is the owner of the real estate and house, that is the subject of this suit, and is denoted by street address, as being located at 3738 Chandelle Lane, Port Arthur, Texas 77642. The property and question is her homestead. The DEFENDANT is seeking to foreclose on and subsequently bar the PLAINTIFF from that that homestead. Attached hereto is the "Affidavit" of the PLAINTIFF BURRIS, which is attached hereto and denoted as "Exhibit B" is incorporated herein for all purposes. The "Temporary Restraining Order" is sought in order to enjoin and preserve the rights of the parties, until such time as the Court deems proper.

VII.

## TEMPORARY INJUNCTION

The PLAINTIFF BURRIS is the owner of the real estate and house, that is the subject of this suit, and is denoted by street address, as being located at 3738 Chandelle, Port Arthur, Texas 77642. The property and question is her homestead. The Defendant is seeking to foreclose and bar her from that homestead.. Attached hereto is the "Affidavit" of the PLAINTIFF BURRIS which is attached hereto and is incorporated herein for all purposes. It is denoted as "EXHIBIT "B." The "Temporary Injunction" is sought in order to enjoin and preserve the rights of the parties, until such time as the Court deems proper.

### V.

The PLAINTIFF BURRIS, has suffered from the actions of the DEFENDANT, including both economic and non-economic loss, and the damages that would equate to the economic and non-economic loss would, if converted into a sum of monies, equal a sum of monies that exceeds the minimal jurisdiction amounts of this Court.

### VI.

The PLAINTIFF, gives notice of her intention to seek exemplary damages if the facts develop that would support such.

### VII.

The Plaintiff gives notice of her intention to seek both attorney's fees and costs of court and both pre-judgment and post-judgment interest.

WHEREFORE, PREMISES CONSIDERED, the PLAINTIFF prays that this Court, after the issuance of citation and service of process, answer being made, the completion of the discovery process, the joinder of issues, and trial being had, grant over and to the PLAINTIFF BURRIS a judgment over and against the DEFENDANT, temporarily restraining the DEFENDANT from "foreclosing" on the PLAINTIFF BURRIS' homestead; a temporary injunction enjoining the DEFENDANT from "foreclosing" on the PLAINTIFF BURRIS' homestead during the pendency of this suit; a judgment against the DEFENDANT "clearing her title" to her homestead, having the "cloud on her homestead" removed, and leaving her in the undisturbed and peaceable possession of her homestead, her damages both regular and exemplary; and attorney fees, costs of court, and both pre- and post-judgment interests and such other and further relief as she might be justly entitled to.

Respectfully,

*/s/ Phyllis Burris*

Phyllis Burris
3738 Chandelle Lane
Port Arthur, TX 77642
(832) 523-0568
targetmarketing.consult@gmail.com

CAUSE NO.

| | | |
|---|---|---|
| PHYLLIS JUNE BURRIS<br>PLAINTIFF | *<br>*<br>* | IN THE DISTRICT COURT OF |
| v. | *<br>* | JEFFERSON COUNTY, TEXAS |
| FINANCE OF AMERICA REVERSE LLC,<br>WILMINGTON SAVINGS FUND SOCIETY, FSB<br>FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1<br>DEFENDANTS | *<br>*<br>*<br>*<br>* | 58th JUDICIAL DISTRICTCOURT |

EXIBIT A

LEGAL DESCRIPTION: LOT FOUR (4), IN THE BLOCK ELEVEN (11), STONEGATE MANOR, SECTION 1, AN ADDITION TO THE CITY OF PORT ARTHUR, JEFFERSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOULUME 11, PAGE 54 AND 55 OF THE MAP RECORDS OF JEFFERSON COUNTY, TEXAS

EXIBIT B

AFFIDAVIT OF PHYLLIS JUNE BURRIS

| | |
|---|---|
| THE STATE OF TEXAS | * |
| | * |
| COUNTY OF JEFFERSON | * |

BEFORE ME, the undersigned authority, personally appeared PHYLLIS JUNE BURRIS, who after being by me duly sworn, upon oath, states that the following is true and correct to the best and is based on his on personal knowledge:

9

"My name is PHYLLIS JUNE BURRIS. I am over the age of twenty-one (21) years, of sound mind, and competent to make this "Affidavit." I have personal knowledge of the facts set forth in this "Affidavit" and those facts are true and correct to the best of my knowledge.

"I presently live in Port Arthur Texas, and I've lived here most of my life. My present address is 3738 Chandelle Lane, Port Arthur, Jefferson County, Texas. This house belonged to O.T. WALLACE, JR. for years, but I am uncertain as to when he moved in or acquired the house.

"I met Mr. Wallace several years ago and we became close friends. Several years ago he began to talk to me about how he wished to transfer the house at 3738 Chandelle Lane to me and it was because he had decided not to transfer it to any other heirs. He never told me how he intended to do so and I at first thought that he was merely expressing a wish for a vague promise of things to come. However, he continued to make that promise and I never really asked him how he was going to accomplish that. Some months back he died and I discovered that his method for implementing that promised was to transfer the property by his "Will."

"As I understand things, by his promise made, I acquired an equitable ownership in the land and house, and by his "Will," I have acquired a legal ownership in the land and his house.

"Since his "passing" I have been embroiled in a controversy with whomsoever, or more accurately, whatsoever, over the mortgage and their efforts to dispossess and "defeese" me. I had been unable to get a lawyer to represent me on this matter despite my efforts, until I met with Mr. Doyle on Wednesday afternoon and evening, and up until then, I had been representing myself "Pro se."

"In the meantime, I have secured certain promises from individuals that I knew that would enable me to pay-off the Mortgage Holder, within the next nine(9) months, if not sooner, and have related that probability to Mr. Doyle and the problems that I have had with the

Mortgage Holder, although we have not had much time to develop my explanation to him."

"Further, Affiant sayeth not."

Signed this the 3 day of December, 2022.

_____
PHYLLIS JUNE BURRIS

SWORN AND SUBSCRIBED TO BEFORE ME, by PHYLLIS JUNE BURRIS on this the 3 day of December, 20 22.

BLANCA ESCALONA
Notary Public, State of Texas
Comm. Expires 08-23-2026
Notary ID 131694825

11

NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires: 08/23/2026

CERTIFICATE OF SERVICE

I am Phyllis June Burris whose address is 3738 Chandelle Lane Port Arthur, Texas 77642. I declare Under penalty of perjury that on December 5, 2022, I filed this Notice of Certificate of Service to the Following by certified mail to :

1. Finance of America Reverse LLC
   101 West Louis Henna Blvd., Ste. 450
   Austin, Texas 78728
2. Mackie, Wolf, Zeintz & Mann, P.C.
   Attorneys at Law
   Parkway Office Center, Ste. 900
   14160 Dallas Parkway
   Dallas, TX 75254
3. AVT Title Services, LLC, Substitute Trustee
   5177 Richmond Ave, Ste 1230
   Houston, TX 77056
4. Finance of America Reverse LLC, Mortgage Servicers
   3900 Capital City Blvd.
   Lansing, MI 48906

Signed this 5th day of Dec., 2022

_Phyllis June Burris_ (signature)

Phyllis June Burris

SWORN AND SUBSCRIBED TO BEFORE ME, BY PHYLLIS JUNE BURRIS ON THIS 5 DAY OF December, 20 22.

_Chelsea Moore_ (signature)

NOTARY PUBLIC, STATE OF TEXAS

MY COMMISSION EXPIRES: 12-05-2024



CHELSEA MOORE
Notary Public, State of Texas
Comm. Expires 12-05-2024
Notary ID 130921797

NOTICE OF LIS PENDENS

DATE:   DECEMBER 5, 2022

CLAIMANT:
    PHYLLIS BURRIS
    3738 CHANDELLE LANE
    PORT ARTHUR, TEXAS 77642
    (832) 523-0568

ADVERSE PARTIES:
    FINANCE OF AMERICA REVERSE LLC
    MACKIE, WOLF, ZEINTZ & MANN P.C.
    AVT TITLE SERVCES

PROPERTY: (LEGAL DESCRIPTION)
    LOT FOUR (4), IN BLOCK ELEVEN (11), STONEGATE MANOR, SECTION 1, AN ADDITION TO THE CITY OF PORT ARTHUR, JEFFERSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 11, PAGE 54 AND 55 OF THE MAP RECORDS OF JEFFERSON COUNTY, TEXAS, 77642.

PHYSICAL ADDRESS:   3738 CHANDELLE LANE PORT ARTHUR, TEXAS 77642
    PROPERTY ID #_____

    Notice is hereby given that lawsuit and legal proceeding that involves and effects title to The Property is now pending in Jefferson County, Texas and styled in the real estate for O.T. Wallace, Jr., Mortgagee and Property Owner, Phyllis Burris, enjoined, described in the legal description for the property stated above. Claimant, Phyllis Burris is seeking affirmative relief which would vest in Claimant Rights and interests in the property and which would divest all of or a portion of the rights and interests Adverse Parties may have or claim in the Property.

_____  12/5/22
PHYLLIS BURRIS, CLAIMANT            DATE

ACKNOWLEDGEMENT

STATE OF TEXAS
COUNTY OF:   JEFFERSON COUNTY

    This instrument was acknowledged before me on **December 5**, 20**22**, by

**Phyllis Burris**
_____

_____
Notary Public, State of Texas, Jefferson County

CHELSEA MOORE
Notary Public, State of Texas
Comm. Expires 12-05-2024
Notary ID 130921797

United States Bankruptcy Court
Eastern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/05/2022 at 1:38 PM and filed on 12/05/2022.

**Phyllis June Burris**
3738 Chandelle Lane
Port Arthur, TX 77642
832-523-0568
SSN / ITIN: xxx-xx-3868
*dba* **Target Marketing and Consulting**



FILED
12/05/2022

The case was assigned case number 22-10437.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.txeb.uscourts.gov or at the Clerk's Office, 300 Willow, Suite 112, Beaumont, TX 77701.

You may be a creditor of the debtor. If so, please consult the Court's docket for additional information regarding events and deadlines.

Jason K. McDonald
Clerk, United States
Bankruptcy Court

# MACKIE WOLF ZIENTZ & MANN, P.C.
ATTORNEYS AT LAW
PARKWAY OFFICE CENTER, SUITE 900
14160 DALLAS PARKWAY
DALLAS, TX 75254
PHONE (214) 635-2650  FAX (214) 635-2686
WWW.MWZMLAW.COM
HOURS OF OPERATION: MONDAY - FRIDAY 8:00AM - 5:00PM CST

18-000198-220-14
September 26, 2022
CERT MAIL
PHYLLIS BURRIS
3738 CHANDELLE LANE
PORT ARTHUR, TX 77642

RE:  PROPERTY: 3738 CHANDELLE LANE, PORT ARTHUR, TX 77642
     MWZM No.: 18-000198-220-14

## NOTICE OF FORECLOSURE SALE

Dear PHYLLIS BURRIS,

We have been retained by FINANCE OF AMERICA REVERSE LLC, Mortgage Servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1, the current Mortgagee of a Note and Deed of Trust related to the above referenced loan. A servicing agreement between the Mortgagee, whose address is:

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1
C/O FINANCE OF AMERICA REVERSE LLC
101 WEST LOUIS HENNA BLVD. SUITE 450
AUSTIN, TX 78728

and the Mortgage Servicer authorizes the Mortgage Servicer to collect the debt. We have been employed by our client to represent it in collecting the indebtedness and enforcing the Deed of Trust. We are sending you this notice as you may have an interest in the property.

On 12/06/2022, the Trustee or Substitute Trustee will sell to the highest cash bidder, the property legally described in the enclosed Notice of Foreclosure Sale. The sale will occur at Jefferson County in the area designated by the Jefferson County Commissioner's Court, or if no such area has been designated by the Commissioner's Court then in the usual and customary location in that County. We have enclosed a copy of the Notice of Foreclosure Sale, which is being posted at the Jefferson County Courthouse in accordance with Texas law and the provisions of the Deed of Trust.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

Sincerely yours,

*[signature]*

Mackie Wolf Zientz & Mann, P.C.

Enclosed:  Notice of Foreclosure Sale

# NOTICE OF FORECLOSURE SALE

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OR ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

**1. Property to Be Sold.** The property to be sold is described as follows: LOT FOUR (4), IN BLOCK ELEVEN (11), STONEGATE MANOR, SECTION 1, AN ADDITION TO THE CITY OF PORT ARTHUR, JEFFERSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 11, PAGE 54 AND 55 OF THE MAP RECORDS OF JEFFERSON COUNTY, TEXAS.

**2. *Instrument to be Foreclosed*.** The instrument to be foreclosed is the Deed of Trust dated 01/24/2017 and recorded in Document 2017003339 real property records of Jefferson County, Texas.

**3. *Date, Time, and Place of Sale*.** The sale is scheduled to be held at the following date, time and place:
Date:   12/06/2022

Time:   01:00 PM

Place:  Jefferson County, Texas at the following location: THE MOST NORTHERLY ENTRANCE OF THE NEWEST ADDITION TO THE COUNTY COURTHOUSE AND OPPOSITE THE MAIN ENTRANCE TO THE NEW COUNTY JAIL OR AS DESIGNATED BY THE COUNTY COMMISSIONER'S OFFICE or as designated by the County Commissioners Court.

**4. *Terms of Sale*.** The sale will be conducted as a public auction to the highest bidder for cash. Pursuant to the deed of trust, the mortgagee has the right to direct the Trustee to sell the property in one or more parcels and/or to sell all or only part of the property. Pursuant to section 51.009 of the Texas Property Code, the property will be sold in AS IS, WHERE IS condition, without any express or implied warranties, except as to the warranties of title, if any, provided for under the deed of trust.

**5. *Obligations Secured*.** The Deed of Trust executed by OT WALLACE, JR, provides that it secures the payment of the indebtedness in the original principal amount of $267,000.00, and obligations therein described including but not limited to (a) the promissory note; and (b) all renewals and extensions of the note. WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1 is the current mortgagee of the note and deed of trust and FINANCE OF AMERICA REVERSE LLC is mortgage servicer. A servicing agreement between the mortgagee, whose address is WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1 c/o FINANCE OF AMERICA REVERSE LLC, 3900 Capital City Blvd., Lansing, MI 48906 and the mortgage servicer and Texas Property Code § 51.0025 authorizes the mortgage servicer to collect the debt.

**6. *Substitute Trustee(s) Appointed to Conduct Sale*.** In accordance with Texas Property Code Sec. 51.0076, the undersigned attorney for the mortgage servicer has named and appointed, and by these presents does name and appoint AVT Title Services, LLC, located at 5177 Richmond Avenue Suite 1230, Houston, TX 77056; Substitute Trustee to act under and by virtue of said Deed of Trust.

**THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.**



18-000198-220-14 // 3738 CHANDELLE LANE, PORT ARTHUR, TX 77642