IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PHYLLIS JUNE BURRIS, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. 1:22-CV-00588-MJT-ZJH |
| § | |
| v. § | |
| § | JUDGE MICHAEL TRUNCALE |
| FINANCE OF AMERICA REVERSE LLC, § | |
| WILMINGTON SAVINGS FUND SOCIETY, § | |
| FSB, FINANCE OF AMERICA § | |
| STRUCTURED SECURITIES § | |
| ACQUISITION TRUST 2018-HB1, § | |
| § | |
| *Defendants*. § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

On April 26, 2023, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pretrial management. [Dkt. 5]. On June 28, 2023, Judge Hawthorn issued an Order to Conduct directing the parties to conduct a Rule 26(f) conference. [Dkt. 7]. On August 18, 2023, Judge Hawthorn issued a Report and Recommendation [Dkt. 12] recommending dismissal of Plaintiff Phyllis June Burris' complaint for failure to comply with the court's scheduled deadlines set forth in its previous Order to Conduct [Dkt. 7]. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. Proper notice was given to Plaintiff at her last known address. *See* FED. R. CIV. P. 5(b)(2)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

It is therefore ORDERED that Judge Hawthorn's Report and Recommendation dismissing Plaintiff Phyllis June Burris' complaint [Dkt. 1] is ADOPTED. Burris' complaint [Dkt. 1] is therefore DISMISSED WITHOUT PREJUDICE. The Court will issue a Final Judgment separately.

**SIGNED this 19th day of September, 2023.**

Michael J. Truncale
United States District Judge